**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: American Bureau of Shipping, ABS Group of Companies, Inc., ABS Consulting Ltd., and ABSG Consulting, Inc. v. Robert Ulloa, et al.

Appellate case number: 01-20-00789-CV

Trial court case number: 2016-29340

Trial court: 125th District Court of Harris County

On November 25, 2020, Charles M. Henderson, III, filed an unopposed motion for admission pro hac vice seeking admission to appear before the Court in this appeal on behalf of appellants, American Bureau of Shipping, ABS Group of Companies, Inc., ABS Consulting Ltd., and ABSG Consulting, Inc. Steven P. Vangel, a licensed Texas attorney, and local counsel for appellants, filed a motion in support of Mr. Henderson's pro hac vice motion. The motion conforms to Rule XIX of the Texas Rules Governing Admissions to the Bar of Texas. *See* TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (West 2018).

Accordingly, the unopposed motion for admission pro hac vice is **granted**.

It is so ORDERED.


Judge's signature: ___/s/ Terry Adams_____
                 ☑ Acting individually   ☐ Acting for the Court

Date: ___December 3, 2020____